UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

| | |
|---|---|
| TANZA FREEMAN, | : |
| Plaintiff, | : NO. 1-12-cv-65 |
| v. | : COLLIER/CARTER |
| BOLTS & NUTS, INC., | : JURY DEMAND |
| Defendant. | : |

## STIPULATION TO DISMISSAL WITH PREJUDICE

The plaintiff, Tanza Freeman, and defendant, Bolts & Nuts, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of the plaintiff's complaint against the defendant, Bolts & Nuts, Inc., upon the merits and with full prejudice against any other or further action against the defendant with regard to all claims, demands or liability whatsoever asserted or contemplated herein.

THIS 31 day of August, 2012.

MICHAEL M. RAULSTON, ESQ.

By: *(signature)*
Michael M. Raulston, BPR No. 1845
Attorneys for Plaintiff
511 Georgia Avenue, 2nd Floor
Chattanooga, Tennessee 37403
423/756-1233
423/756-1250 - facsimile
raulstonlawfirm@gmail.com

GRANT KONVALINKA & HARRISON, P.C.

By: _____
J. Scott McDearman, BPR No. 12174
Attorneys for Defendant
Ninth Floor, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 34750-0900
423/756-8400
423/756-6518 - facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on ___8/31/12___ [date], a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

GRANT KONVALINKA & HARRISON, P.C.
By: s/ J. Scott McDearman
J. Scott McDearman, BPR No. 12174
Ninth Floor, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450

P:\Folders A-H\G351\003\Stipulation to Dismissal-Federal.doc

P:\Folders A-H\FORMS\LITIGATE\Federal\Orders\Stipulation to Dismissal.doc